MAHONEY v. CAMPBELL et al. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by James J. Mahoney against George Snyder Campbell and another,

*impleaded, etc. No opinion.* Judgment affirmed, with costs.